UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BAHRAM NASSERIZAFAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:13-cv-02045-TAB-JMS |
| ) | |
| INDOT, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

The Court, having found in favor of Defendant INDOT and against Plaintiff Bahram Nasserizafar, enters final judgment in favor of the Defendant and against the Plaintiff. The Plaintiff shall take nothing by way of his complaint and this action is terminated.

Date: 8/4/2015

_____
Tim A. Baker
U.S. Magistrate Judge
Southern District of Indiana


Laura Briggs, Clerk
United State District Court

_____
By: Deputy Clerk

Distribution:

Bahram Nasserizafar
565 Meadow Court
Zionsville, IN 46077

Dennis E. Mullen
INDIANA ATTORNEY GENERAL
dennis.mullen@atg.in.gov

Lakesha D. Triggs
INDIANA ATTORNEY GENERAL
lakesha.triggs@atg.in.gov